Dennis Lamar Gardner, Jr.
Name and Prisoner/Booking Number

Place of Confinement
1000 Gateway Dr.
Mailing Address
Vallejo CA. 94589
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# FILED

DEC 21 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ AMC _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Dennis L. Gardner, Jr.
(Full Name of Plaintiff)          Plaintiff,

v.

(1) The Vallejo Police
(Full Name of Defendant)
(2) Darden, Steve
(3) -620 Kenney, Sean
(4) M Sm Hak
Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:18-cv-3248-AC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**
JURY TRIAL DEMANDED

■ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ■ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Vallejo

Revised 3/15/2016

1

Defendant(s)  Cont.

Pg 1-A

(5) Solano DA Investigator Myer

(6) CDCR agent Terrel

(7) agent Terrel

(8) The City of Vallejo

## B. DEFENDANTS

1. Name of first Defendant: Steven Darden . The first Defendant is employed as:
   ~~Deputy~~ Police officer at The Valley Police Department
   (Position and Title)                              (Institution)

2. Name of second Defendant: Hak . The second Defendant is employed as:
   United State Marshal at United States .
   (Position and Title)                              (Institution)

3. Name of third Defendant: Myer . The third Defendant is employed as:
   ~~United States Marshal~~ at ~~United States~~ Solano
   (Position and Title) Solano DA                   (Institution) DA

4. Name of fourth Defendant: ~~CDCR~~ agent Terrel . The fourth Defendant is employed as:
   agent at CDCR
   (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ■ Yes ☐ No

2. If yes, how many lawsuits have you filed? 8 . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Gardner v. Bauer
      2. Court and case number: 2:14-CV62908-KJM-KJN
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

   b. Second prior lawsuit:
      1. Parties: Gardner v. Coleman et al
      2. Court and case number: 2:12-cv-01981-GEB-CKD
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

   c. Third prior lawsuit:
      1. Parties: Gardner v. Barrett, etal
      2. Court and case number: 2:17-CV-00925-GEB-CMK
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## additional Defendants

Name of fifth Defendant: Sean Kenne, the fifth Defendant is employed as police officer at The City of Vallejo

Name of Sixth Defendant MyER the Sixth Defendant is employed as Solano DA Investigator at Solano

Name of the Seventh Defendant The Vallejo Police Department

Name of eigth Defendant The City of Vallejo

Additional lawsuits

2:15-cv-02085-WBS-
EFB (PC)
    Gardner v Six Flags
Discovery Kingdom

2:13-cv-02481-KJN
(PC) Gardner v City of
    Vallejo, et al

2:12-cv-01964 MCE-KJN
  (PC) Gardner V Johangen

2:12-cv01863-AC
  (PC) Gardner V Darden

2:12-cv-01613-DAD
(PC) Gardner V City of Vallejo
    et al

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: False Imprisonment & False Arrest

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 05/03/2017 I was handcuffed arrested for 1203.2 PC - Probation Violation and 148 (a)(1) PC - Delaying / Obstructing / Resisting a Peace Officer. by Solano DA Investigator Myer CDCR agent Terrel, US Deputy Marshal Hak, 620 Kenney Kenney, Dean my phone was taken and never placed on the property reciept. Charges were dismissed. I never was on probation my phone was never returned to me or located.

On 04/30/2017 Sgt. O'Darden put the warrant for 1203.2 PC and 148 (a) 1 PC - Delaying / Obstructing / Resisting arrest.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Wrongfully deprived of freedom, an Unlawful arrest. emotional injury nominal damages, humiliation Punitive damages, Defamation of Character

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Was not required.

3

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim II.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
    - ☐ Basic necessities        ☐ Mail                ☐ Access to the court      ☐ Medical care
    - ☐ Disciplinary proceedings  ☐ Property            ☐ Exercise of religion     ☐ Retaliation
    - ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim II?     ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?     ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____.

**CLAIM III**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities          ☐ Mail              ☐ Access to the court          ☐ Medical care
   - ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion         ☐ Retaliation
   - ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
       institution?                                                          ☐ Yes   ☐ No
   b.  Did you submit a request for administrative relief on Claim III?       ☐ Yes   ☐ No
   c.  Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes   ☐ No
   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
       did not. _____
_____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

_Monetary   Punitive_

_Awarded  State  and  federal  law,_

_____

_____

_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___|2-|8-|8___

DATE

_Dennis L Dardner, Jr_

SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.