UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR GARDNER, JR., | No. 2:18-cv-03248 AC |
| Plaintiff, | |
| v. | ORDER |
| VALLEJO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested an unspecified extension of time to file his first amended complaint. ECF No. 5. Plaintiff does not give any specific reason for requiring an extension. Id. In light of the procedural posture of this case and plaintiff's pro se status, the court will grant a 15-day extension. Plaintiff's first amended complaint is due no later than March 5, 2019. Plaintiff is cautioned that any further requests for additional time must demonstrate good cause and will be looked upon with disfavor.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint no later than March 5, 2019.

////

2. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: January 30, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE