| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| DENNIS LAMAR GARDNER, JR., | No. 2:18-cv-03248 AC |
| Plaintiff, | |
| v. | ORDER |
| VALLEJO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

On January 28, 2019, plaintiff requested an unspecified extension of time to file his first amended complaint. ECF No. 5. Plaintiff did not give any specific reason for requiring an extension. Id. In light of the procedural posture of this case and plaintiff's pro se status, the court granted a 15-day extension and cautioned that any further requests for additional time must demonstrate good cause and will be looked upon with disfavor. ECF No. 6.

On February 27, 2019, plaintiff filed a second motion for an extension of time. ECF No. 8. In this motion, plaintiff contends that good cause is established by the fact of his incarceration and the fact that he has eight other cases pending that require his attention. The court finds that these circumstances do not establish good cause.

Nonetheless, because plaintiff will not receive this ruling on his motion for extended time until after the present deadline has expired, the court will extend the deadline for a final time. Plaintiff's amended complaint is now due on March 20, 2019. **No further extensions of time will be granted.** If plaintiff fails to timely file an amended complaint, the undersigned will recommend that this case be dismissed without prejudice for failure to prosecute.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 8) is GRANTED and plaintiff shall file an amended complaint **no later than March 20, 2019.**
2. If plaintiff fails to timely comply with this order, the undersigned will recommend that this action be dismissed for failure to prosecute.

DATED: March 4, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE