UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR GARDNER, JR., | No. 2:18-cv-03248 AC |
| Plaintiff, | |
| v. | ORDER |
| VALLEJO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21). On February 27, 2019, plaintiff filed a second motion for an extension of time. ECF No. 8. The court granted the motion, stating plaintiff's amended complaint is now due on March 20, 2019 and that no further extensions of time will be granted. On March 11, 2019, plaintiff filed a request for status of this case and for copies of the complaint in this case and eight other cases that he has filed. ECF No. 10.

The court issues this order to inform plaintiff that his deadline to file an amended complaint in this case is March 20, 2019. If plaintiff fails to timely file an amended complaint this case will be dismissed without prejudice for failure to prosecute. Further, plaintiff's request for documents related to this case and eight other unidentified cases is DECLINED; plaintiff is

responsible for his own case management, and it is not an appropriate use of court resources to send him copies of his own filings in multiple unrelated cases.

IT IS SO ORDERED.

DATED: March 12, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE