## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                      **JUDGMENT IN A CIVIL CASE**

**DENNIS LAMAR GARDNER JR.,**

                                            CASE NO: **2:18–CV–03248–JAM–AC**

          v.

**VALLEJO POLICE DEPARTMENT, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/11/2019**

                                              **Marianne Matherly**
                                              Clerk of Court

    ENTERED: **June 11, 2019**

                                    by: /s/ H. Kaminski
                                                Deputy Clerk